# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

PAUL CLADY,

      Plaintiff,

CNA FINANCIAL, INC. dba
ECONO LUBE & TUNE #51;
BUENA VISTA-LEMON GROVE,
L.P. and DOES 1 through 10,
Inclusive,

      Defendants.

FILED
07 DEC -6 PM 2:01
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

SUMMONS IN A CIVIL ACTION

Case No. '07 CV 2291 IEG (BLM)

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

    Amy B. Vandeveld, Esq.
    LAW OFFICES OF AMY B. VANDEVELD
    1850 Fifth Avenue
    San Diego, CA 92101
    (619) 231-8883

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

DEC 06 2007

W. Samuel Hamrick, Jr.
CLERK                         DATE

J. PARIS

By _____, Deputy Clerk

Summons in a Civil Action                       Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)