1  Amy B. Vandeveld, Esq.
2  1850 5th Avenue
3  SAN DIEGO, CA. 92101
4  619-231-8883
5
6              UNITED STATES DISTRICT COURT
7              SOUTHERN DISTRICT OF CALIFORNIA
8
9  PAul CLADY,                 ) Case No. 07CV2291 IEG (BLM)
                               )
10          PLAINTIFF,          ) PROOF OF SERVICE
                               )
11      vs.                    )
                               )
12 CAN FINANCIAL, INC., et al.,)
                               )
13          DEFENDANT,          )
                               )
14
15 _____
16      I, RODRIGO LORA, declare as follows:
17      I am over the age of eighteen years and not a party to this
18 action. I am employed in the County of San Diego, California,
19 where the service occurred and my business address is 2250
20 Fourth Avenue, San Diego, CA 92101.
21      I served the following documents:
22      SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER
23 SHEET
24 //
25 //

PROOF OF SERVICE - 1

AMY B. VANDEVELD, ESQ. SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO CA 92101
619-231-8883
Attorney for : PLAINTIFF

Ref. No.       : 0250849-01
Atty. File No. : 07CV2291IEGBLM

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF    : PAUL CLADY
DEFENDANT    : CNA FINANCIAL, INC., et al.

Case No.: 07 CV 2291 IEG (BLM)

**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. a. Party served   :   CNA FINANCIAL, INC. dba ECONO LUBE & TUNE # 51
                          AUTHORIZED AGENT FOR SERVICE: KIRAN M. SHAH
   b. Person served  :   DAVID "DOE", MANAGER
                          (HISP/M/46YRS/5'8"/185LBS/BROWN/BLACK)

4. Address where the party was served  7608 BROADWAY
                                        LEMON GROVE, CA 91945    (Business)

5. I served the party
   b. **by substituted service.** On January 11, 2008 at 12:54 PM I left the documents listed in item 2
      with or in the presence of  DAVID "DOE", MANAGER,
      HISP/M/46YRS/5'8"/185LBS/BROWN/BLACK
      (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
          of the person to be served. I informed him or her of the general nature of the papers.
      (4) a **declaration of mailing** is attached.
      (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:   CNA FINANCIAL, INC. dba ECONO LUBE & TUNE # 51
                      AUTHORIZED AGENT FOR SERVICE: KIRAN M. SHAH
      under [xx] CCP 416.10  (corporation)

7. **Person who served papers**
   a. RODRIGO LORA
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700

   d. Fee for service: $52.75
   e. I am:
      (3) a registered California process server
         (i)   an independent contractor
         (ii)  Registration No.: 479
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 24, 2008        Signature: _____
                                          RODRIGO LORA

Jud. Coun. form, rule 982.9
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**

AMY B. VANDEVELD, ESQ.SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO CA 92101
619-231-8883
Attorney for : PLAINTIFF

Ref. No.      : 0250849-01
Atty. File No.  : 07CV2291IEGBLM

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : PAUL CLADY | Case No.: 07 CV 2291 IEG (BLM) |
| DEFENDANT | : CNA FINANCIAL, INC., et al. | **DECLARATION REGARDING DILIGENCE** |

I received the within process on 01/08/08. After due and diligent effort I have been unable to effect personal service on the within named party at the following address(es):

Party served    CNA FINANCIAL, INC. dba ECONO LUBE & TUNE # 51
                AUTHORIZED AGENT FOR SERVICE: KIRAN M. SHAH

Business    :    7608 BROADWAY, LEMON GROVE CA 91945

Attempts to effect service are as follows:

01/11/08 12:54P   Attempted service-effected substitute service

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 24, 2008                Signature: _____
                                                  RODRIGO LORA

Jud. Coun. form, rule 982.9            **DECLARATION RE DILIGENCE**

AMY B. VANDEVELD, ESQ. SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO  CA  92101
619-231-8883                              Ref. No.        : 0250849-01
Attorney for : PLAINTIFF              Atty. File No.  : 07CV2291IEGBLM

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN  JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : PAUL CLADY | Case No.: 07 CV 2291 IEG (BLM) |
| DEFENDANT | : CNA FINANCIAL, INC., et al. | **DECLARATION OF MAILING** |

RE:   CNA FINANCIAL, INC. dba ECONO LUBE & TUNE # 51
        AUTHORIZED AGENT FOR SERVICE: KIRAN M. SHAH

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California. I am over 18 years of age and not a party to this action.  My business address is
**2250 FOURTH AVENUE, SAN DIEGO CA 92101**

On January 23, 2008 I served the within documents:

   SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

On the party in said action, by mailing a true copy thereof (by first-class mail, postage prepaid), enclosed in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

   CNA FINANCIAL, INC. dba ECONO LUBE & TUNE # 51
   AUTHORIZED AGENT FOR SERVICE: KIRAN M. SHAH
   7608 BROADWAY
   LEMON GROVE, CA  91945

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 23, 2008 at SAN DIEGO, California.

                              Signature: _____
                                             FELICIA M. ORTIZ

**DECLARATION OF MAILING**