AMY B. VANDEVELD, ESQ. SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO CA 92101
619-231-8883
Attorney for : PLAINTIFF

Ref. No.       : 0250850-01
Atty. File No. : 07CV2291IEGBLM

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF    : PAUL CLADY
DEFENDANT    : CNA FINANCIAL, INC., et al.

Case No.: 07 CV 2291 IEG (BLM)
**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. a. Party served    : BUENA VISTA-LEMON GROVE, L.P.
                        AUTHORIZED AGENT FOR SERVICE: JOE PERSEKIAN
   b. Person served   : JANE PERSEKIAN, WIFE
                        (COMPETENT MEMBER OF HOUSEHOLD)

4. Address where the party was served  15244 ESPOLA ROAD
                                        POWAY, CA 92064    (Residence)

5. I served the party
   b. **by substituted service.** On February 17, 2008 at 02:00 PM I left the documents listed in item 2
      with or in the presence of   JANE PERSEKIAN, WIFE,
      COMPETENT MEMBER OF HOUSEHOLD
   (2) **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place
       of abode of the party. I informed him or her of the general nature of the papers.
   (4) a **declaration of mailing** is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:   BUENA VISTA-LEMON GROVE, L.P.
                      AUTHORIZED AGENT FOR SERVICE: JOE PERSEKIAN
      under [xx] Other    Limited Partnership

7. **Person who served papers**
   a. GARY D. STANLEY
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700

   d. Fee for service: $103.50
   e. I am:
      (3) a registered California process server
         (i)  an independent contractor
         (ii) Registration No.: 914
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 22, 2008

Signature: _____
           GARY D. STANLEY

Jud. Coun. form, rule 982.9
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**

AMY B. VANDEVELD, ESQ. SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO CA 92101
619-231-8883             Ref. No.       : 0250850-01
Attorney for : PLAINTIFF    Atty. File No. : 07CV2291IEGBLM

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : PAUL CLADY | Case No.: 07 CV 2291 IEG (BLM) |
| DEFENDANT | : CNA FINANCIAL, INC., et al. | **DECLARATION REGARDING DILIGENCE** |

I received the within process on 01/08/08. After due and diligent effort I have been unable to effect personal service on the within named party at the following address(es):

Party served    BUENA VISTA-LEMON GROVE, L.P.
                AUTHORIZED AGENT FOR SERVICE: JOE PERSEKIAN

Residence :     15244 ESPOLA ROAD, POWAY CA 92064

                3301 MCGRAW ST, SAN DIEGO CA 92117

Attempts to effect service are as follows:

(SEE ATTACHED SERVICE REPORT)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 22, 2008                  Signature: _____
                                                    GARY D. STANLEY

Jud. Coun. form, rule 982.9              **DECLARATION RE DILIGENCE**

**Knox ATTORNEY SERVICE**
S E R V I C E S
2250 Fourth Avenue, San Diego, CA 92101
Phone: (619) 233-9700   Fax: (619) 685-4294

## STATUS REPORT

February 25, 2008

LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO, CA 92101
Attention : AMY
Phone    : 619-231-8883  Fax: 619-231-8329

**RE KNOX FILE #:  250850-01**              **YOUR FILE# :  07CV2291IEGBLM**

CASE NAME    :   PAUL CLADY vs.
                 CNA FINANCIAL, INC., et al.

SERVICE OF PROCESS - We received the documents below on 01/08/08:

   SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

for service upon  :  **BUENA VISTA-LEMON GROVE, L.P.**
                     **AUTHORIZED AGENT FOR SERVICE: JOE PERSEKIAN**
at the following
address(es)        :  15244 ESPOLA ROAD, POWAY, CA 92064 (Res.)

                      3301 MCGRAW ST, SAN DIEGO, CA 92117

The following is a list of attempts to effectuate service:

| Date | Time | Description |
|---|---|---|
| 01/11/08 | 07:10P | Attempted service, no answer (Addr #1) |
| 01/14/08 | 08:30A | Attempted service, no answer (Addr #1) |
| 01/17/08 | 03:05P | Attempted service, subject not home (Addr #1) (Addr #1) |
| 01/20/08 | 06:10P | Attempted service, no answer (Addr #1) |
| 01/24/08 | 08:00P | Attempted service, subject not home (Addr #1) (Addr #1) |
| 01/28/08 | 05:10P | Attempted service, no answer (Addr #1) (Addr #1) |
| 02/08/08 | 11:20A | Received new service address from client (Addr #2) |
| 02/09/08 | 08:10A | Attempted service, no answer (Addr #2) (Addr #2) |
| 02/11/08 | 06:50P | Attempted service, no answer (Addr #2) (Addr #2) |
| 02/13/08 | 08:45A | Attempted service, per renter, Christina Gallagher, subject is landlord only (Addr #2) |
| 02/17/08 | 02:00P | Attempted service-effected substitute service (Addr #1) |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 25, 2008                          Signature: _____
                                                            GARY D. STANLEY

AMY B. VANDEVELD, ESQ. SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO CA 92101
619-231-8883
Attorney for : PLAINTIFF

Ref. No.         : 0250850-01
Atty. File No.   : 07CV2291IEGBLM

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : PAUL CLADY | Case No.: 07 CV 2291 IEG (BLM) |
| DEFENDANT | : CNA FINANCIAL, INC., et al. | **DECLARATION OF MAILING** |

RE:   BUENA VISTA-LEMON GROVE, L.P.
       AUTHORIZED AGENT FOR SERVICE: JOE PERSEKIAN

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California. I am over 18 years of age and not a party to this action. My business address is
**2250 FOURTH AVENUE, SAN DIEGO CA 92101**

On February 20, 2008 I served the within documents:

SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

On the party in said action, by mailing a true copy thereof (by first-class mail, postage prepaid), enclosed in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

BUENA VISTA-LEMON GROVE, L.P.
AUTHORIZED AGENT FOR SERVICE: JOE PERSEKIAN
15244 ESPOLA ROAD
POWAY, CA  92064

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 20, 2008 at SAN DIEGO, California.

Signature: _____
FELICIA M. ORTIZ

**DECLARATION OF MAILING**