| | |
|---|---|
| 1 | CRAIG D. McMAHON, ESQUIRE (#97727) |
|  | KIMBALL, TIREY & ST. JOHN |
| 2 | 1202 Kettner Boulevard, Third Floor |
|  | San Diego, California  92101 |
| 3 | Telephone: (619) 231-1422 |
|  | Facsimile: (619) 234-7692 |
| 4 | |
| 5 | Attorneys for Defendant BUENA VISTA-LEMON GROVE, L.P. |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | PAUL CLADY, | Case No.  07CV2291IEG(BLM) |
| 12 | Plaintiff, | |
| 13 | vs. | **JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| 14 | CNA FINANCIAL, INC. dba ECONO LUBE & TUNE #51; BUENA VISTA-LEMON GROVE, L.P. and DOES 1 THROUGH 10, Inclusive, | |
|  | Defendants. | |

IT IS HEREBY STIPULATED by and between PAUL CLADY, Plaintiff, on the one hand, and BUENA VISTA-LEMON GROVE, L.P., Defendant, on the other hand, (hereinafter "the Parties") through their respective attorneys of record that said Parties have agreed to extend time for Defendant, BUENA VISTA-LEMON GROVE, L.P. to respond to Plaintiff's Complaint until April 24, 2008.

//
//
//
//
//
//
//
/////

-1-

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

1 An extension of time is appropriate in order to give the parties additional time to review this matter and respond to the complaint.

IT IS SO STIPULATED.

|  |  |
|---|---|
|  | LAW OFFICES OF AMY B. VANDEVELD |
| DATED: 3/19/08 | By: S/Amy B. Vandeveld<br>AMY B. VANDEVELD,<br>Attorney for Plaintiff<br>E-mail: abvusdc@hotmail.com |
|  | KIMBALL, TIREY & ST. JOHN |
| DATED: 3/12/08 | By: S/Craig D. McMahon<br>CRAIG D. McMAHON<br>Attorney for Defendants<br>e-mail: craig.mcmahon@kts-law.com |

-2-

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**