**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL CLADY,<br><br>    Plaintiff,<br><br>vs.<br><br>CNA FINANCIAL, INC. dba ECONO LUBE & TUNE #51; BUENA VISTA-LEMON GROVE, L.P. and DOES 1 THROUGH 10, Inclusive,<br><br>    Defendants. | Case No.  07CV2291IEG(BLM)<br><br>**ORDER EXTENDING TIME FOR DEFENDANT BUENA VISTA-LEMON GROVE, L.P. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

**IT IS HEREBY ORDERED** pursuant to the Joint Motion Brought by and between Plaintiff, PAUL CLADY, through their designated counsel and Defendant BUENA VISTA-LEMON GROVE, L.P., through its designated counsel, that the time in which Defendant BUENA VISTA-LEMON GROVE, L.P. must file and serve their responsive pleadings to Plaintiff's Complaint in this action is extended to and including April 24, 2008, pursuant to Federal Local Court Rules for the Southern District of California, Rule 12.1.

DATED:___March 25, 2008_____    _____
Honorable Irma E. Gonzalez
United States District Court Judge