Amy B. Vandeveld, State Bar No. 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue, Suite 22
San Diego, California 92101
Telephone: (619) 231-8883
Facsimile: (619) 231-8329

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CLADY,<br><br>        Plaintiff,<br><br>vs.<br><br>CNA FINANCIAL, INC. dba ECONO LUBE & TUNE #51; BUENA VISTA-LEMON GROVE L.P. and DOES 1 THROUGH 10, Inclusive,<br><br>        Defendants. | Case No.: 07 CV 2291 IEG (BLM)<br><br>NOTICE OF SETTLEMENT |

NOTICE is hereby given that this case has settled. The parties expect that they will be able to file the Joint Motion for Dismissal on or before July 15, 2008.

LAW OFFICES OF AMY B. VANDEVELD

DATED: ___6/2___, 2008    s/AMY B. VANDEVELD
                          Attorney for Plaintiff
                          Email: abvusdc@hotmail.com

## PROOF OF SERVICE

I, the undersigned, declare that: I am authorized to serve the following document(s) in the within action pursuant to F.R.Civ.P. 4(c) and that the documents were served on today's date as follows:

1. <u>Case Name/Case Number</u>:
   **Case Name: Clady v. CNA Financial, Inc. Dba Econo Lube and Tune # 51 et. al.**
   **USDC No.: 07 CV 2291 IEG (BLM)**

2. <u>Document(s) served</u>:
   **NOTICE OF SETTLEMENT**

3. <u>Person(s) served/Place of service</u>:
   **Craig W. McMahon, Esq.**
   **KIMBALL TIREY & ST. JOHN LLP**
   **1202 Kettner Blvd., Third Floor**
   **San Diego, CA 92101**
   **Facsimile: (619) 234-7692**
   **Counsel for Defendant BUENA VISTA-LEMON GROVE, L.P.**

4. <u>Manner of Service</u>:

   ____ (a) <u>Personal Service</u>: By handing copies of the document(s) to the person served [F.R.Civ.P. 5(b)(2)(A)].

   ____ (b) <u>Service by Mail</u>: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid, at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit. [F.R.Civ.P. 5(b)(2)(B); Cal. Code of Civil Procedure, Sections 1013a, 2015]

   ✓ (c) <u>Facsimile Transmission</u>: From Fax No. (619) 231-8329 to the facsimile number(s) listed on this proof of service. The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine. [[F.R.Civ.P. 5(b)(2)(D)].

   I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Executed On: 6/2/08

By: _____
    LAURIE MILLER

1