UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CLADY, | Case No. 07cv2291-IEG (BLM) |
| Plaintiff, | **ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE AND SETTING SETTLEMENT DISPOSITION CONFERENCE** |
| v. | |
| CNA FINANCIAL, INC. d/b/a Econo Lube & Tune, et al., | |
| Defendants. | |

On June 5, 2008, Plaintiff in the above matter filed a Notice of Settlement, and stated that the parties would file a Joint Motion for Dismissal by July 15, 2008. Doc. No. 9. Therefore, the Early Neutral Evaluation set for June 12, 2008 at 1:20 p.m. is hereby **VACATED**.

A joint motion for dismissal of this case, signed by counsel of record and all parties, must be filed no later than **July 15, 2008**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day. If the signed joint motion

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov

for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **July 15, 2008**, then all counsel of record and unrepresented parties are required to appear **in person** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **July 17, 2008** at **9:00 a.m.** in **Courtroom A**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an Order to Show Cause why sanctions should not be imposed for failing to comply with this Order.

All other pending dates before Magistrate Judge Major are hereby vacated. Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

**IT IS SO ORDERED.**

DATED: June 6, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE IRMA E. GONZALEZ
U.S. DISTRICT JUDGE

ALL COUNSEL

---

(follow link for "General Order 550, Procedural Rules for Electronic Case Filing").