1  Amy B. Vandeveld, SBN 137904
   LAW OFFICES OF AMY B. VANDEVELD
2  1850 Fifth Avenue, Suite 22
   San Diego, California  92101
3  Telephone:  (619) 231-8883
   Facsimile:  (619) 231-8329
4
   Attorney for PAUL CLADY
5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11  PAUL CLADY,                          Case No.: 07 cv 2291
                                         IEG (BLM)
12          Plaintiff,
                                         **JOINT MOTION FOR**
13  vs.                                  **DISMISSAL**

14  CNA FINANCIAL, INC. dba ECONO LUBE &  [F.R.Civ.P. Rule 41
    TUNE #51 et. al.,                     (a)(1), (2)]
15
            Defendants.
16

17      **IT IS HEREBY STIPULATED** by and between PAUL CLADY,

18  Plaintiff, on the one hand, and  BUENA VISTA-LEMON GROVE, L.P. ,

19  Defendant, on the other hand, (hereinafter "the Parties") through

20  their respective attorneys of record that said Parties have

21  agreed to resolve the case between them by way of settlement.

22  Defendant CNA FINANCIAL, INC. dba ECONO LUBE & TUNE #51 never

23  appeared in the instant action.

24      The Parties further stipulate that Magistrate Judge Barbara

25  L. Major, or any other Magistrate Judge appointed by the Court,

26  shall retain jurisdiction over all disputes between the Parties

27  arising out of the Settlement Agreement including, but not

28  limited to, interpretation and enforcement of the terms of the

                                1

1  Settlement Agreement.  The terms of the Settlement Agreement are

2  hereby incorporated in this Joint Motion for Dismissal.

3      The Parties further stipulate, pursuant to Federal Rules of

4  Civil Procedure 41(a) (1,2), that this Court enter a dismissal of

5  Plaintiff's Complaint in USDC Case No. 07 cv 2291 IEG (BLM) in

6  its entirety and with prejudice.  Plaintiff and BUENA VISTA-LEMON

7  GROVE L.P. further stipulate that each shall bear its, his or her

8  own costs and fees with respect to any claims they may have

9  against each other in the instant action, except as otherwise set

10  forth in the Settlement Agreement.

11      **IT IS SO STIPULATED**.

12                          LAW OFFICES OF AMY B. VANDEVELD

13

14  DATED:  __7/16/08__          S/Amy B. Vandeveld
15                              AMY B. VANDEVELD,
                                Attorney for Plaintiff
16                              E-mail: abvusdc@hotmail.com

17                          KIMBALL TIREY & ST. JOHN LLP

18

19  DATED: _____
                     By:  CRAIG D. MC MAHON, Esq.
20                        Attorney for Defendant
                          BUENA VISTA-LEMON GROVE L.P.
21

22

23

24

25

26

27

28

1  Settlement Agreement.  The terms of the Settlement Agreement are

2  hereby incorporated in this Joint Motion for Dismissal.

3      The Parties further stipulate, pursuant to Federal Rules of

4  Civil Procedure 41(a) (1,2), that this Court enter a dismissal of

5  Plaintiff's Complaint in USDC Case No. 07 cv 2291 IEG (BLM) in

6  its entirety and with prejudice.  Plaintiff and BUENA VISTA-LEMON

7  GROVE L.P. further stipulate that each shall bear its, his or her

8  own costs and fees with respect to any claims they may have

9  against each other in the instant action, except as otherwise set

10  forth in the Settlement Agreement.

11      IT IS SO STIPULATED.

12                              LAW OFFICES OF AMY B. VANDEVELD

13

14  DATED:  __7/16/08__           S/Amy B. Vandeveld
                                  AMY B. VANDEVELD,
15                                Attorney for Plaintiff
                                  E-mail: abvusdc@hotmail.com
16

17                              KIMBALL TIREY & ST. JOHN LLP

18

19  DATED:  7/16/08

20                         By:  CRAIG D. MC MAHON, Esq.
                                Attorney for Defendant
21                              BUENA VISTA-LEMON GROVE L.P.

22

23

24

25

26

27

28

                              2