UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CLADY, | Case No. 07cv2291-IEG (BLM) |
| Plaintiff, | **ORDER VACATING SETTLEMENT DISPOSITION CONFERENCE** |
| v. | |
| CNA FINANCIAL, INC. d/b/a Econo Lube & Tune, et al., | |
| Defendants. | |

A Joint Motion for Dismissal has been submitted in this case. The settlement disposition conference scheduled for July 17, 2008 at 9:00 a.m. is hereby vacated.

**IT IS SO ORDERED.**

DATED: July 16, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE IRMA E. GONZALEZ
U.S. DISTRICT JUDGE

ALL COUNSEL