IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CLADY,<br><br>    Plaintiff,<br><br>vs.<br><br>CNA FINANCIAL, INC. dba ECONO LUBE & TUNE #51 et. al.,<br><br>    Defendants. | Case No.: 07 CV 2291 IEG (BLM)<br><br>**ORDER ON MOTION/STIPULATION OF DISMISSAL**<br><br>[F.R.Civ.P. Rule 41 (a)(1), (2)] |

   **IT IS HEREBY ORDERED,** that Magistrate Judge Barbara L. Major or any other Magistrate Judge appointed by the Court, shall retain jurisdiction over all further proceedings in this matter including, but not limited to, interpretation and enforcement of the terms of the Settlement Agreement.  The terms of the Settlement Agreement are hereby incorporated in this Order.

   It is further ordered that the Complaint in USDC Case No. 07 CV 2291 IEG (BLM) is hereby dismissed in its entirety and with prejudice.  The Parties shall each bear its, his or her own costs and fees, except as otherwise set forth in the Settlement

1

Agreement, which is **incorporated herein by reference.**

    **IT IS SO ORDERED.**

**DATED: July 21, 2008**

                                  _____
                                  **IRMA E. GONZALEZ, Chief Judge**
                                  **United States District Court**